# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2008

136515

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LARRY VAN WYNSBERGHE and
PATRICIA VAN WYNSBERGHE,
     Plaintiffs-Appellees,

v

AMERICAN AXLE & MANUFACTURING
HOLDINGS, INC.,
     Defendant-Appellant.

SC: 136515
COA: 277094
Wayne CC: 05-535421-NO

_____/

     On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2008

_____
Clerk

p1014